UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Office of The Clerk

**Eastern District of Kentucky**
**F I L E D**
MAY 17 1999
AT LONDON
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

DESTRUCTION CERTIFICATE

CIVIL ACTION NO. 6:95-cv-00272

Bunch - plaintiff

    vs.

New Prime Inc - defendant


    The above styled action having finally been disposed of and the parties to the action having been requested in writing to withdraw the depositions that were filed, and no claim having been made for the return of said depositions, they are now eligible for destruction. This is to certify that the depositions filed on behalf of the plaintiff and/or defendant have been destroyed pursuant to General Order of February 26, 1999.

5/17/99
Date

Leslie G. Whitmer
Leslie G. Whitmer, Clerk

